**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1147**

———————————

In re:  CHRISTOPHER PAUL SAVAGE,

Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Northern District of West Virginia, at Clarksburg.  (1:02-cr-00020-TSK-MJA-1)

———————————

Submitted:  June 18, 2024                                        Decided:  July 16, 2024

———————————

Before WILKINSON and THACKER, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Christopher Paul Savage, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Paul Savage petitions for a writ of mandamus, alleging unreasonable delay by the district court in acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently denied Savage's motion. *United States v. Savage*, No. 1:02-cr-00020-TSK-MJA-1 (N.D.W. Va. Apr. 30, 2024). Accordingly, because the district court has ruled on Savage's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*